# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Jeffrey Alan Davis. | Case No.: 21-359 MJ<br><br>**CRIMINAL COMPLAINT**<br>**(Electronically Submitted)** |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1
On or between December 9, 2021, and December 13, 2021, in the District of Arizona, Defendant, JEFFREY ALAN DAVIS, used a child to produce child pornography, in violation of Title 18, United States Code, Section 2251(a).

### COUNT 2
On or between December 9, 2021, and December 13, 2021, in the District of Arizona, Defendant, JEFFREY ALAN DAVIS, distributed child pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT 3
On or between December 9, 2021, and December 13, 2021, in the District of Arizona, Defendant JEFFREY ALAN DAVIS, possessed child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

I further state that I am a Special Agent from the FBI and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUTHORIZED BY: _s/Brett A. Day_, AUSA

Candace M. Rose, Special Agent, FBI
Name of Complainant

Signature of Complainant

Telephonically Sworn to before me and subscribed in my presence

12-13-2021
Date

at   Phoenix, Arizona
City and State

HONORABLE MICHELLE H. BURNS
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ELECTRONICALLY SUBMITTED**

**STATEMENT OF PROBABLE CAUSE**

I, Candace M. Rose, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows, to wit:

**INTRODUCTION**

The facts of this case, as more fully detailed herein, are that on dates between December 9, 2021 and December 13, 2021, a Kik user with a username of "alandavis1661" and display name of "Alan Davis" was a member of a Kik Group (referred to in this affidavit as "Group A"). An undercover Task Force Officer (TFO) with the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) Child Exploitation Task Force was part of this Group and observed members post videos and images that were sexual in nature, with many of them depicting minors. On December 9, 2021, "alandavis1661" initiated a private chat with the undercover TFO. On December 13, 2021, "alandavis1661" sent several videos to the undercover TFO wherein he was masturbating near and touching a minor female who he states is his five year old daughter. "Alandavis1661" sent the TFO a video where he was holding two fingers up in front of the child to show that he had immediate access to the child. Investigative steps determined that the Kik account with the username "alandavis1661" was established with an email account "alandavis1488@gmail.com." Investigative steps also determined that the IP address 70.162.61.146 logged into the Kik account multiple times between November 13, 2021 and December 13, 2021. The IP address 70.162.61.146 is registered to the Cox Communications residential account in the name of Lisa Madrid at 31241 N. Gecko Trail, San Tan Valley, Arizona 85143. Record checks identified that JEFFREY ALAN DAVIS, Lisa's husband, also resides at the house. Record checks also revealed that JEFFREY ALAN DAVIS has a vehicle co-registered in his name--a 2016 Hyundai Tucson bearing Arizona license plate CTV5927. Lisa M. Davis is the co-registrant. Surveillance on December 13, 2021, revealed an individual believed to be JEFFREY ALAN DAVIS loading items into the trunk of a maroon Hyundai sedan bearing California license plate 8VSP705. This registration on this vehicle resolves to PV Holding Corp., which is believed to be a part of Avis Rental Cars. Simultaneous

to this request for an arrest warrant, I am requesting that the Court issue a warrant to search 31241 N. Gecko Trail, San Tan Valley, Arizona 85143, the person of JEFFREY ALAN DAVIS for digital devices, and the listed two vehicles, for digital devices to locate child pornography and conclusively identify the individual transmitting child pornography. In this affidavit, I believe there is probable cause to believe that JEFFREY ALAN DAVIS produced, distributed, and possessed child pornography in violation of Title 18 U.S.C. §§ 2251 and 2252.

## PRELIMINARY BACKGROUND INFORMATION

1. I am a Special Agent with the FBI assigned to the Phoenix Division. I have been so employed for eighteen years and I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

## DETAILS OF THE INVESTIGATION

2. Between December 9, 2021 and December 13, 2021, an undercover Task Force Officer (TFO) with the Metropolitan Police Department-Federal Bureau of Investigation (MPD-FBI) in Washington D.C., Child Exploitation Task Force was part of a Kik messenger chat group hereinafter referred to as Group A. [The actual name of the group is known to your affiant, but is being redacted in order to protect other ongoing investigations]. Group A was comprised of members who appeared to have a sexual interest in children, particularly their daughters, and/or child pornography. Participants in this chat group shared images and videos that contained child erotica and other child exploitative material.

3. An individual utilizing the Kik username "alandavis1661" with a display name of "Alan Davis" was a member of Group A.

4. On approximately December 9, 2021, "alandavis1661" sent a private message to the

undercover TFO. The user asked, "How old is your lil one" and stated his were 15 and 5. User "alandavis1661" stated he was currently in her room while she was at school and was "stroking". He then sent a video which showed what appeared to be a young girl's bedroom, which contained a dollhouse a bed comforter with a pink princess, and a doll. An adult male was masturbating his penis in the video. The video appeared to be taken by the adult male who was masturbating.

5. The undercover TFO sent a few images of his purported 8 year-old daughter during the course of the chat conversation when requested by "alandavis1661". [The images sent by the undercover TFO did not depict a real child].

6. On December 13, 2021, "alandavis1661" sent another video to the undercover TFO which depicted a female child wearing a long-sleeve shirt and underwear, and she was lying in bed and moving. An adult male hand touches her abdominal area. "Alandavis1661" said he had just taken the video. The time stamp of the chat would have been 6:59 a.m., Arizona Time. Approximately one minute later, "alandavis1661" sent another video of an adult male masturbating his penis right near the girl. The girl is wearing the same clothing, and the bed comforter matches the one described in paragraph 15. Neither video showed the girl's face or the man's face. The girl appeared to be consistent with a five year old.

7. After receiving these two videos, the undercover TFO requested "alandavis1661" send a video holding up two fingers in front of the child to prove he really has access to her. Kik user "alandavis1661" responded with a video holding up two fingers and touching the leg of the same girl dressed in the same clothes, who is still in bed. He then asks the TFO to send a picture of his daughter's ass live.

8. The Kik user "alandavis1661" told the TFO that he can do whatever he wants for him because he has her with him and indicated that he doesn't save his daughter's videos and only does them live. [Note: In the Kik context, doing a video "live" means that the user is taking the video real-time via the Kik app, but the video will not save to his gallery.] At approximately 7:20 a.m., "alandavis1661" stated that he needs to get her up now. A minute later, he sent a video of an adult male masturbating near the same girl, and then the male touches the child's buttocks. She is still wearing the same shirt and underwear in this video.

9. On December 13, 2021, at approximately 7:23 a.m. Arizona Time, "alandavis1661" sent another video to the undercover TFO. In this video, the adult male is lying next to the same girl with the man in back of the girl as they lay on their sides. His erect penis is pulled out of his shorts and is touching her buttocks area. He pushes his penis and body against her and she moves. The child is wearing the same underwear in the video. In this video, neither the girl's face, nor the man's face is visible. The girl looks consistent with a five year old girl.

10. During the chat, "alandavis1661" states that he is on Pacific time zone. He also sent a picture of an adult female engaged in a sex act, who he stated was his wife, and a picture of a girl dressed in a cheerleading or dance costume and stated it was his 15 year old. The woman's face was only partially visible and could not be identified.

11. On December 13, 2021, an emergency disclosure requested was served on Kik requesting subscriber information and IP history for the username "alandavis1661". On December 13, 2021, Kik provided data responsive to the request. The Kik account with the username "alandavis1661" and display name "Alan Davis" was registered with the email address alandavis1488@gmail.com and provided a device description of an iPhone. IP Addresses between November 13, 2021 and December 13, 2021 were provided by Kik. A review of the IP Addresses showed that several of the IP Addresses were mobile or from IP Address 70.162.61.146, which resolved to Cox Communications.

12. On December 13, 2021, an emergency disclosure request was served on Cox Communication requesting subscriber information for the IP Address 70.162.61.146. They responded with the subscriber of Lisa Madrid, with service address 31241 N. Gecko Trail, San Tan Valley, AZ 85143.

13. On December 13, 2021, an emergency disclosure request was served on Verizon for the IP Address 174.205.241.91, which was associated with the Kik account "alandavis1661" on December 13, 2021 at 14:58:51 UTC. Verizon responded to the request and identified the associated number of (623)533-1637. They provided subscriber information to this phone number, which is in the name of JEFFREY A. DAVIS as SUBJECT PREMISES.

14. Motor Vehicle Department records showed that JEFFREY ALAN DAVIS and Lisa M.

Davis (former names Lisa M. Hassebrook and Lisa M. Madrid) list their address and have vehicles registered to 31241 N. Gecko Trail, San Tan Valley, AZ 85143. Specifically, JEFFREY ALAN DAVIS has a 2016 Hyundai Tucson, bearing AZ license plate CTV5927 co-registered in his name Lisa M. Davis' name at this address.

15. On December 13, 2021, at approximately 11:45 a.m., surveillance was conducted at SUBJECT PREMISES. A maroon colored Hyundai sedan, bearing California license plate 8VSP705 was parked in the driveway. An adult male, believed to be JEFFREY ALAN DAVIS was loading bags and items into the trunk of the vehicle and then left the residence. A check of the license plate revealed that it is registered to a 2021 Hyundai with a registered owner of P V Holding Corp., 5721 W. 96th Street, Los Angeles, CA 90045. It is believed that P V Holding Corp., is part of Avis Rental Cars.

16. A search of Pinal County Assessor records shows that JEFFREY A. and LISA M. DAVIS are the current owners of 31241 N. Gecko Trail, San Tan Valley, AZ 85143.

17. A search of Facebook located accounts belonging to "Lisa Hassebrook Davis and "Jeff Davis". On December 5, 2021, there are photos of the two of them with "their" little girl, at what appears to be her 5th birthday party.

//
//
//
//
//
//
//
//
//
//
//
//

## CONCLUSION

18     Based on the foregoing, I believe that there is probable cause that Jeffrey Alan Davis knowingly produced, distributed and possessed child pornography in violation of Title 18 U.S.C. §§ 2251 and 2252.

Respectfully submitted,

*[signature]*
Candace M. Rose
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this  13  of December, 2021

*[signature]*
Hon. Michelle H. Burns
United States Magistrate Judge